

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-5-2009

# Mary T. v. School District of Philadelphi

Precedential or Non-Precedential: Precedential

Docket No. 08-2676

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Mary T. v. School District of Philadelphi" (2009). *2009 Decisions.* Paper 754.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/754

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-2676

_____

MARY COURTNEY T.; BRUCE T.; LETTY T.,
All of Philadelphia, Pennsylvania

v.

SCHOOL DISTRICT OF PHILADELPHIA,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-06-cv-02278
District Judge: The Honorable Anita B. Brody

_____

ORDER AMENDING OPINION AND JUDGMENT

_____

It appearing that the Clerk incorrectly filed an opinion and judgment with formatting errors, the precedential opinion filed July 31, 2009 is hereby vacated and the corrected precedential opinion is filed forthwith. The judgment, entered July 31, 2009, is hereby amended to reflect filing in both No. 08-2676 and No. 08-2870. This amendment does not change the date of filing, July 31, 2009.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: August 5, 2009
CRG/cc: Elizabeth S. Mattioni, Esq.
        Dennis C. McAndrews, Esq.
        Joseph Anclien, Esq.
        Carl A. Solano, Esq.